# UNITED STATES DISTRICT COURT
## for the

### Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| BRYAN LEMONT WILSON | ) Case No:  1:07CR00032-006 |
| | ) USM No:  21967-058 |
| Date of Previous Judgment:  1/29/2008 | ) Pro-se |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

■ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 27 | Amended Offense Level: | |
| Criminal History Category: | IV | Criminal History Category: | |
| Previous Guideline Range: | 240 to 240 months | Amended Guideline Range: | ____ to ____ months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III.  ADDITIONAL COMMENTS

The 2007 edition of the Guidelines Manual was applied in the original sentencing; therefore, there is no further reduction.

Except as provided above, all provisions of the judgment dated  1/29/2008  shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  August 17, 2009

Lacy H. Thornburg
United States District Judge

Effective Date:  _____
(if different from order date)